BEFORE THE FIRST DIVISION, JUNE 17, 1954

**No. 58186.**—Park & Tilford Distillers Corp. *v.* United States, protest 208042–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dummy bottles, capable of holding more than one pint, similar in all material respects to those passed upon in *Park & Tilford Import Corp.* v. *United States* (70 Treas. Dec. 604, T. D. 48621), the claim of the plaintiff was sustained.